# United States District Court
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| SHEDRICK THORNTON | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:24-CV-0902-S-BK |
| | § | |
| DIRECTOR, TDCJ-CID | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. Objections were filed. The District Court reviewed de novo those portions of the proposed findings, conclusions, and recommendation to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendation for plain error. Finding no error,[1] the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**SO ORDERED.**

SIGNED May 21, 2024.

_____
**UNITED STATES DISTRICT JUDGE**

---

[1] Petitioner Shedrick Thornton filed an amendment which includes an April 29, 2024, letter from the Dallas County District Clerk explaining that the office was sending Petitioner an application for writ of habeas corpus to proceed. *See* ECF No. 10. This new evidence further substantiates the Magistrate Judge's finding that the Texas Court of Criminal Appeals has not had an opportunity to consider Petitioner's writ claims.